**IN RE: MIRAPEX PRODUCTS LIABILITY LITIGATION**

**Kathryn Gillette; Raif Szczepanski Plaintiffs-Appellants**

**v.**

**Boehringer Ingelheim Pharmaceuticals, Inc.; Pfizer, Inc.; Pharmacia Corporation; Pharmacia & Upjohn Company LLC Defendants-Appellees**

No. 16-3567

United States Court of Appeals, Eighth Circuit.

Submitted: April 12, 2017

Filed: April 17, 2017

Kathryn Gillette, Pro Se

Raif Szczepanski, Pro Se

Lori E. Hammond, Charles M. Pritchett, Jr., Frost & Brown, Louisville, KY, Brandie L. Morgenroth, Tracy Joan Van Steenburgh, Nilan & Johnson, Minneapolis, MN, Bruce R. Parker, Jason Charles Rose, Venable LLP, Baltimore, MD, Scott A. Smith, Smith Legal PLLC, Minneapolis, MN, for Defendant-Appellee Boehringer Ingelheim Pharmaceuticals, Inc.

William Hoffman, Kaye & Scholer, Washington, DC, Lori B. Leskin, Arnold & Porter, New York, NY, Joseph Michael Price, Faegre & Baker, Minneapolis, MN, Katherine A. Winchester, Ice & Miller, Indianapolis, IN, for Defendant-Appellee Pfizer, Inc.

William Hoffman, Kaye & Scholer, Washington, DC, Lori B. Leskin, Arnold & Porter, New York, NY, Joseph Michael Price, Faegre & Baker, Minneapolis, MN, for Defendants-Appellees Pharmacia Corporation, Pharmacia & Upjohn Company LLC

Before RILEY, MURPHY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Kathryn Gillette and Raif Szczepanski appeal the district court's [1] adverse grant of summary judgment in their diversity action for damages based on a prescription drug's alleged side effect on Gillette. Having carefully reviewed the record and the parties' arguments on appeal, we conclude that summary judgment was properly granted for the reasons stated by the district court. See Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir. 2012) (grant of summary judgment is reviewed de novo, viewing record in light most favorable to nonmovant); Integrity Floorcovering, Inc. v. Broan-Nutone, LLC, 521 F.3d 914, 917 (8th Cir. 2008) (district court's determina-

---

1. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

tion of state law is reviewed de novo).[2] Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

---

2. We do not consider allegations or claims that were not mentioned below. See Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (stating general rule that claims not presented in district court may not be advanced for first time on appeal).